Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS OF WESTERN WASHINGTON INDIVIDUAL ACCOUNT PENSION TRUST; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON,<br><br>Plaintiffs,<br>v.<br><br>RUSSELL C. TAYLOR, an individual, d/b/a NORTH POINT DEVELOPMENT,<br><br>Defendant. | Cause No. 17-cv-1768 MJP<br><br>ORDER ON MOTION FOR ENTRY OF DEFAULT JUDGMENT |

This matter is before the Court on the motion of Plaintiffs, commonly known as the Carpenters Trusts of Western Washington, for entry of default judgment against defendant Russell C. Taylor d/b/a North Point Development. The Court has considered the motion, supporting papers with exhibits, as well as the pleadings, court files, and records in this matter.

ORDER ON MOTION FOR
ENTRY OF DEFAULT JUDGMENT – 1
17-cv-1768 MJP

1700 020 tb071902

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

The Court, being otherwise generally advised, ORDERS:

1. The Carpenters Trusts' motion for entry of default judgment is GRANTED;

2. The Court finds that defendant Russell C. Taylor d/b/a North Point Development is liable to the Carpenters Trusts under the provisions of the collective bargaining and trust agreements that govern the relationship in this matter;

3. The Court finds that defendant Russell C. Taylor d/b/a North Point Development is liable to the Carpenters Trusts for $40,141.21, consisting of $27,814.71 in fringe benefit contributions for the period September 2017 and October 2017, and $10,242.51 in liquidated damages and $2,083.99 in accrued interest for the period February 2017 to October 2017;

4. The Court finds that defendant Russell C. Taylor d/b/a North Point Development is liable to the Carpenters Trusts for $5,653.50 in attorney fees and $545.00 in costs directly related to this action;

5. This judgment shall bear interest at the 12 percent, per annum rate specified in the applicable trust agreements from the date of this judgment until paid in full, as allowed under 29 U.S.C. § 1132(g); and

6. The Clerk of Court is directed to enter judgment against defendant Russell C. Taylor d/b/a North Point Development consistent with this order.

Dated: February 22, 2018.

Honorable Marsha J. Pechman
United States District Court Judge

ORDER ON MOTION FOR
ENTRY OF DEFAULT JUDGMENT – 2
17-cv-1768 MJP

1700 020 tb071902

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900